UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:19CR326** |
| | ) | |
| **Plaintiff,** | ) | **SENIOR JUDGE** |
| | ) | **CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | |
| | ) | |
| **SHUREE JEFFERSON,** | ) | **OPINION AND ORDER** |
| | ) | |
| **Defendant.** | ) | |

**CHRISTOPHER A. BOYKO, SR. J.:**

This matter is before the Court on Defendant Shuree Jefferson's Third Motion to Modify bail conditions. (Doc. 114). In her Motion, Defendant reiterates that the ankle GPS monitoring system is exacerbating pre-existing medical conditions and causing her unnecessary pain. The Court denied Defendant's previous two attempts to remove the monitoring device, largely based on Defendant's previous non-compliance with her bail restrictions.

On March 3, 2021, the Court held a virtual hearing with all parties in attendance. Defendant reiterated her pain. The Pretrial Officer mentioned a possible alternative measure to monitor Defendant's whereabouts. The Officer also told the Court that Defendant has been largely compliant with her conditions for the past six months. Ultimately however, the Officer recommended continuing Defendant's bail conditions as previously set. The Court deferred ruling on the matter, instead ordering Defendant to produce a medical opinion consistent with Defendant's claims.

- 2 -

On March 10, 2021, Defendant supplemented the record with two letters from providers. The first essentially reiterates Defendant's subjective claims of pain. The second letter, although not very thorough, does recommend the removal of the monitoring device.

Based on the foregoing, the Court **GRANTS** Defendant's Motion. The Defendant's recent compliant behavior factors largely into this decision, aided by the growing medical concern. In addition, the Court has set a date for Trial. The Court expects Defendant to shift her focus towards Trial now that this issue is resolved.

Finally, and most important, Defendant must submit to a less-restrictive form of location monitoring as provided by the Pretrial Service Department. Should Defendant violate her release conditions again, the Court will not hesitate to remove bond and detain Defendant pending Trial.

**IT IS SO ORDERED.**

 s/ Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**Senior United States District Judge**

**Dated: March 15, 2021**